**Order entered April 15, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00259-CR

### THOMAS JASON THOMPSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-81178-2011

## ORDER

The Court **REINSTATES** the appeal.

On March 26, 2013, we ordered Kimberly Smith removed as appellant's appointed attorney and ordered the trial court to appoint new counsel to represent appellant. We have received the reporter's record from the trial court's April 8, 2013 hearing at which he found appellant does desire to pursue the appeal and Pamela Lakatos has been appointed to represent appellant.

We **DIRECT** the Clerk of this Court to list Pamela Lakatos as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/     LANA MYERS
         JUSTICE